# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

AMIRSALAR MOSLEHY,                )
                                  )
    *Plaintiff,*                   )
                                  )
v.                                )       Case No. 3:26-cv-00254-KAC-DCP
                                  )
TODD BLANCHE, Acting Attorney General  )
of the United States, *et al.*,   )
                                  )
    *Defendants.*                  )

## ORDER OF REMAND

Pursuant to Defendants' Motion to Remand, the Court hereby ORDERS that:

(1) This matter is remanded to U.S. Citizenship and Immigration Services ("USCIS") for adjudication, with USCIS to schedule Plaintiff for his naturalization ceremony within thirty (30) days of this order;

(2) If no additional issues arise requiring additional evidence from Plaintiff, USCIS will complete adjudication of the Plaintiff's application within sixty (60) days of this order;

(3) If Plaintiff's naturalization application is not adjudicated within sixty (60) days from this Order, Plaintiff may move to reopen this matter; and

(4) The Clerk of Court is directed to close this case.

It is SO ORDERED.

                               _____
                               KATHERINE A. CRYTZER
                               United States District Judge